**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| REGINALD CLAY, | |
| Plaintiff, | Case No. 1:24-cv-4194 |
| vs. | District Judge John Robert Blakey |
| UNION PACIFIC RAILROAD COMPANY, | Magistrate Judge Jeffrey N. Cole |
| Defendant. | |

**DEFENDANT UNION PACIFIC RAILROAD COMPANY'S
SUPPLEMENTAL DISCLOSURE STATEMENT AND NOTIFICATION OF
AFFILIATES**

Pursuant to Federal Rule of Civil Procedure 7.1(a), Defendant Union Pacific Railroad Company, a nongovernmental corporate party, states that it is wholly-owned by its parent corporation, Union Pacific Corporation, which is a publicly held corporation. Pursuant to Local Rule 3.2, Defendant Union Pacific Railroad Company states, to the best of its knowledge and belief and after a diligent review, that The Vanguard Group and BlackRock, Inc. each owns, indirectly through their ownership of Union Pacific Corporation stock, 5% or more of Union Pacific Railroad Company.

Dated: July 23, 2024

Respectfully submitted,

/s/ *Johanna Spellman*
Johanna Spellman, One of the Attorneys for
Defendant Union Pacific Railroad Company

Sean M. Berkowitz (Illinois Bar No. 6209701)
  sean.berkowitz@lw.com
Gary Feinerman (Illinois Bar No. 6206906)
  gary.feinerman@lw.com
Johanna Spellman (Illinois Bar No. 6293851)
  johanna.spellman@lw.com

Kathryn A. Running (Illinois Bar No. 6330369)
 kathryn.running@lw.com
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, Illinois  60611
Telephone:  (312) 876-7700
Facsimile:  (312) 993-9767

2

## <u>CERTIFICATE OF SERVICE</u>

I, Johanna Spellman, hereby certify that on July 23, 2024, I caused a copy of the foregoing

to be filed using the Court's CM/ECF system, which provides service to all counsel of record.

Dated:  July 23, 2024

/s/ *Johanna Spellman*
Johanna Spellman, One of the Attorneys for
Defendant Union Pacific Railroad Company

Johanna Spellman (Illinois Bar No. 6293851)
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, Illinois  60611
Telephone:  (312) 876-7700
Facsimile:  (312) 993-9767
Email:  johanna.spellman@lw.com