# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## INSTANTER ORDER

September 5, 2025

Before

**FRANK H. EASTERBROOK**, *Circuit Judge*

| | |
|---|---|
| No. 25-2185 | REGINALD CLAY,<br>　　　　　Plaintiff - Appellee<br><br>v.<br><br>UNION PACIFIC RAILROAD COMPANY,<br>　　　　　Defendant - Appellant |
| **Originating Case Information:** ||
| District Court No: 1:24-cv-04194<br>Northern District of Illinois, Eastern Division<br>District Judge Georgia N. Alexakis ||

Upon consideration of the **MOTION OF THE CHAMBER OF COMMERCE OF THE UNITED STATES AND ILLINOIS CHAMBER OF COMMERCE FOR LEAVE TO FILE BRIEF AS AMICI CURIAE IN SUPPORT OF DEFENDANT-APPELLANT UNION PACIFIC RAILROAD COMPANY**, filed on September 2, 2025, by counsel for the amici curiae,

**IT IS ORDERED** that the motion for leave to appear as amicus curiae is **GRANTED**. The clerk of this court shall file **INSTANTER** the tendered amicus curiae brief.

form name: **c7_InstanterOrderFiled**    (form ID: **123**)