**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| REGINALD CLAY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 1:24-cv-4194 |
| v. | ) | |
| | ) | District Judge Georgia N. Alexakis |
| UNION PACIFIC RAILROAD | ) | Magistrate Judge Jeffrey N. Cole |
| COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's April 9, 2026 Order (Dkt. 76), Plaintiff Reginald Clay ("Plaintiff") and Defendant Union Pacific Railroad Company ("Union Pacific") respectfully submit the following joint status report with proposed next steps.

On April 1, 2026, the Seventh Circuit issued an opinion in the interlocutory appeal of the denial of Union Pacific's partial summary judgment motion (Dkt. 55). Therein, the Seventh Circuit held that Illinois Public Act 103-0769 applies retroactively to cases pending at the time the amendment took effect on August 2, 2024. *Clay v. Union Pac. R.R. Co.*, __ F.4th __, 2026 WL 891902, at *3 (7th Cir. 2026).

Pursuant to the Court's September 2, 2025 Order (Dkt. 72), the Parties submitted a joint status report within seven days of the resolution of Union Pacific's interlocutory appeal. *See* Dkt. 75. The Parties requested that the Court set a April 22, 2026 deadline to file a joint status report so that Appellees in the consolidated appeals could coordinate and make a final determination as to whether they would file a petition for rehearing by the April 15, 2026 deadline. *See id.* The Court granted the request and set an April 22, 2026 deadline to file a status report with proposed next

1

steps in these proceedings. Dkt. 76. Appellees did not petition for rehearing in the consolidated appeals.

The Parties are exploring the possible resolution of this matter. To accommodate those discussions, the Parties respectfully request that the Court order that all proceedings be stayed thirty days, through and including May 22, 2026.

Respectfully submitted,

| | |
|---|---|
| */s/ Alexandra Huzyk* | */s/ Johanna Spellman (with consent)* |
| Daniel A. Edelman | Sean M. Berkowitz |
| Dulijaza (Julie) Clark | Gary Feinerman |
| Alexandra Huzyk | Johanna Spellman |
| EDELMAN, COMBS, LATTURNER | Kathryn A. Running |
| & GOODWIN, LLC | LATHAM & WATKINS LLP |
| 20 S Clark Street, Suite 1800 | 330 N Wabash Avenue, Suite 2800 |
| Chicago, IL 60603 | Chicago, IL 60611 |
| (312) 739-4200 | sean.berkowitz@lw.com |
| (312) 419-0379 (FAX) | gary.feinerman@lw.com |
| courtecl@edcombs.com | johanna.spellman@lw.com |
| dedelman@edcombs.com | kathryn.running@lw.com |
| jclark@edcombs.com | |
| ahuzyk@edcombs.com | |
| | |
| *Counsel for Plaintiff* | *Counsel for Defendant* |

## CERTIFICATE OF SERVICE

Alexandra Huzyk certifies that on April 22, 2026, this document was filed by ECF, causing a copy to be served on all counsel of record.

*/s/ Alexandra Huzyk*
Alexandra Huzyk