**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| REGINALD CLAY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 1:24-cv-4194 |
| v. | ) | |
| | ) | District Judge Georgia N. Alexakis |
| UNION PACIFIC RAILROAD | ) | Magistrate Judge Jeffrey N. Cole |
| COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

## JOINT STATUS REPORT

Pursuant to the Court's April 23, 2026 Order (Dkt. 78), Plaintiff Reginald Clay ("Plaintiff") and Defendant Union Pacific Railroad Company ("Union Pacific") respectfully submit the following joint status report.

On April 22, 2026, the Parties filed a joint status report notifying the Court that the Parties were exploring a potential resolution of this matter. Dkt. 77. The Parties requested that the Court stay all proceedings through May 22, 2026, to accommodate the Parties' settlement discussions. *Id.* On April 23, 2026, the Court ordered the Parties to file a joint status report by May 22, 2026. Dkt. 78.

The Parties recently reached a settlement in principle and are working on a written settlement agreement. Plaintiff expects to file dismissal papers within the next sixty (60) days. Therefore, the Parties respectfully request that all deadlines remain stayed through and including July 21, 2026.

Respectfully submitted,

| | |
|---|---|
| */s/ Alexandra Huzyk* | */s/ Johanna Spellman (with consent)* |
| Daniel A. Edelman | Sean M. Berkowitz |
| Dulijaza (Julie) Clark | Gary Feinerman |

1

Alexandra Huzyk
EDELMAN, COMBS, LATTURNER
& GOODWIN, LLC
20 S Clark Street, Suite 1800
Chicago, IL 60603
(312) 739-4200
(312) 419-0379 (FAX)
courtecl@edcombs.com
dedelman@edcombs.com
jclark@edcombs.com
ahuzyk@edcombs.com

*Counsel for Plaintiff*

Johanna Spellman
Kathryn A. Running
LATHAM & WATKINS LLP
330 N Wabash Avenue, Suite 2800
Chicago, IL 60611
sean.berkowitz@lw.com
gary.feinerman@lw.com
johanna.spellman@lw.com
kathryn.running@lw.com

*Counsel for Defendant*

**<u>CERTIFICATE OF SERVICE</u>**

Alexandra Huzyk certifies that on May 22, 2026, this document was filed by ECF, causing a copy to be served on all counsel of record.

<u>/s/ Alexandra Huzyk</u>
Alexandra Huzyk